# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1099**                                             **September Term, 2025**

**Filed On:** May 20, 2026

In re: Radio Television Digital News
Association, et al.,

        Petitioners

**BEFORE:**    Henderson, Pillard, and Rao, Circuit Judges

**O R D E R**

Upon consideration of the petition for a writ of mandamus, it is

**ORDERED**, on the court's own motion, that the Federal Communications Commission file a response to the mandamus petition, not to exceed 7,800 words, within 30 days of the date of this order.  <u>See</u> D.C. Cir. Rule 21(a).  Petitioner may file a reply, not to exceed 3,900 words, within 14 days of the filing of the response.

**Per Curiam**

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

             BY:    /s/
                     Selena R. Gancasz
                     Deputy Clerk