# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1099** **September Term, 2026**

**Filed On:** September 9, 2026

In re: Radio Television Digital News Association, et al.,

Petitioners

**BEFORE:** Wilkins, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for a writ of mandamus, the opposition thereto, and the reply, it is

**ORDERED** that the petition for a writ of mandamus be denied. Petitioners have failed to establish that they have "no other adequate means" to attain their desired relief. See Cheney v. U.S. Dist. Ct. for D.C., 542 U.S. 367, 380-81 (2004) (citation omitted). Specifically, petitioners seek to compel action by the Federal Communications Commission on an administrative petition filed November 13, 2025. On June 22, 2026, the Commission's Media Bureau dismissed the administrative petition without prejudice on procedural grounds. Petitioners now argue that the Media Bureau's order was "*ultra vires*" and "meritless." But they have not demonstrated that the procedures for seeking review from the full Commission of a Media Bureau order, and for then seeking judicial review of any adverse Commission order, are an inadequate means of attaining any Commission action to which a petitioner is entitled under such circumstances. See id.; 47 C.F.R. § 1.115; 47 U.S.C. § 402; 28 U.S.C. § 2342(1).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**